Stephanie A. Hingle (SBN 199396)
Nicholas L. Secord (SBN 237398)
KUTAK ROCK LLP
601 South Figueroa Street
Suite 4200
Los Angeles, CA 90017
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Stephanie.Hingle@KutakRock.com
Email: Nicholas.Secord@KutakRock.com

Attorneys for Defendants
CARGILL MEAT SOLUTIONS
CORPORATION and COSTCO WHOLESALE
CORPORATION

OCT 2 4 2011

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ———
Send ———
Enter ———
Closed ———
JS-6 ———
JS-2/JS-3 ———
Scan Only———

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| JASON POPE<br><br>                Plaintiff,<br><br>        v.<br><br>CARGILL MEAT SOLUTIONS<br>CORPORATION, COSTCO<br>WHOLESALE CORPORATION<br>AND does 1 to 10,<br><br>                Defendants. | **Case No. CV11-06516 SVW (ATWx)**<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CARGILL MEAT SOLUTIONS CORPORATION AND COSTCO WHOLESALE CORPORATION**<br><br><br>Complaint Filed:  June 3, 2011 |

**IT IS HEREBY STIPULATED** by and among Plaintiff Jason Pope ("Plaintiff"), through his counsel of record, Gregory Glukhovsky Law Offices of Gregory Glukhovsky; and Defendants Cargill Meat Solutions Corporation and Costco Wholesale Corporation ("Defendants"), by and through their counsel of record Kutak Rock LLP, in and as to the following:

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4849-5781-8123.1                                                     1

STIPULATED ORDER OF DISMISSAL                         CASE NO.   CV11-06516 SVW (ATWX)

1      1.    Plaintiff and Defendants have entered into a settlement agreement, the

2 terms of which are set forth in the Full and Final Release executed on September

3 22, 2011.

4      2.    Plaintiff agrees to and hereby does dismiss his Complaint in the above-

5 entitled action in its entirety with prejudice.

6      3.    Counsel of record who are executing this stipulation represent that

7 they are authorized to do so by their respective clients.

8

9 Dated: September 27, 2011      LAW OFFICES OF GREGORY GLUKHOVSKY

10

11

12 By: _____
Gregory Glukhovsky
Attorney for Plaintiff
13 JASON POPE

14

15 Dated: September 27, 2011      KUTAK ROCK LLP

16

17 By: _____
Stephanie A. Hingle
18 Nicholas L. Secord
Attorneys for Defendants
19 CARGILL MEAT SOLUTIONS
CORPORATION and COSTCO
20 WHOLESALE CORPORATION

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4849-5781-8123.1      - 2 -

STIPULATED ORDER OF DISMISSAL      CASE NO. CV11-06516 SVW (ATWX)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation, the Court hereby DISMISSES this action

in its entirety with prejudice.

Dated:  October 18, 2011

UNITED STATES MAGISTRATE JUDGE
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE